IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KEVIN RAY PEARCY**                                                                                   **PLAINTIFF**
**ADC #146408**

v.                                   **CASE NO. 5:15-CV00305 BSM**

**WENDY KELLEY, et al.**                                                                            **DEFENDANTS**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Jerome T. Kearney [Doc. No. 4] and Pearcy's letter to the court [Doc. No. 5] have been reviewed. After careful consideration, the RD is adopted in all respects.

Accordingly, Pearcy's complaint [Doc. No. 2] is dismissed without prejudice, and dismissal constitutes a "strike" within the meaning of 28 U.S.C. § 1915(g). It is certified that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 4th day of December 2015.

                                                                                    _____
                                                                                    UNITED STATES DISTRICT JUDGE